AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schwab, Arthur J. | Western District of Pennsylvania | 04/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street, Suite 7280
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Part-time Professor (evening course) | Grove City College |
| 2. | Secretary and member of the Board of Trustees (non-compensated) | Grove City College |
| 3. | Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |
| 2. | 2013 | Grove City College - Part-time Professor - evening course - intellectual property law (compensation is within the applicable judicial guidelines) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Grove City College - teaching | $12,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia School of Law | 01/04/13 to 01/05/13 | Charlottesville, Virginia | Faculty | hotel, mileage, tolls (32nd Annual National Trial Advocacy College) |
| 2. | George Washington University School of Law | 05/09/13 to 05/12/13 | Washington, DC | Speaker | hotel, mileage, tolls, meals, local transportation (GW Patent Program) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schwab, Arthur J. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROLLOVER IRA NO. 1: | E | Int./Div. | O | T | | | | | |
| 2. -Fidelity Gov't Money Market | | | | | | | | | |
| 3. -Baron Small Cap Fund | | | | | | | | | |
| 4. -Artisan Small Cap Vale | | | | | | | | | |
| 5. -Calamos Growth Fund | | | | | | | | | |
| 6. -Harbor International Fund | | | | | | | | | |
| 7. -Dodge & Cox Int'l Fund | | | | | | | | | |
| 8. -IShares US Treasury | | | | | | | | | |
| 9. -(a) JP Morgan US Large Cap | | | | | | | | | |
| 10. -(a) Pimco Funds Total Return | | | | | | | | | |
| 11. -(b) Pimco Funds Total Return | | | | | | | | | |
| 12. -Goldman Sachs Note | | | | | Sold | 04/01/13 | K | A | |
| 13. -AT&T | | | | | | | | | |
| 14. -Chevron Comp | | | | | | | | | |
| 15. -Coca Cola | | | | | | | | | |
| 16. -(a) ConocoPhillips | | | | | | | | | |
| 17. -(b) Conoco Phillips | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Consolidated Edison | | | | | | | | | |
| 19. -(a) Exxon Mobil | | | | | | | | | |
| 20. -(b) Exxon Mobil | | | | | | | | | |
| 21. -(a) Intel Corp | | | | | | | | | |
| 22. -(b) Intel Corp | | | | | | | | | |
| 23. -(a) International Business Machs Corp. | | | | | | | | | |
| 24. -(b) International Business Machs Corp. | | | | | | | | | |
| 25. -(a) Johnson & Johnson | | | | | | | | | |
| 26. -(b) Johnson & Johnson | | | | | | | | | |
| 27. -(c) Johnson & Johnson | | | | | | | | | |
| 28. -Kimberly-Clark Corp. | | | | | | | | | |
| 29. -Lilly Eli & Co. | | | | | | | | | |
| 30. -McDonalds Corp. | | | | | | | | | |
| 31. -(a) Microsoft Corp. | | | | | | | | | |
| 32. -(b) Microsoft Corp. | | | | | | | | | |
| 33. -Pepsico Inc. | | | | | | | | | |
| 34. -Procter & Gamble Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -(a) United Technologies Corp. | | | | | | | | | |
| 36. -(b) United Technologies Corp. | | | | | | | | | |
| 37. -Verizon Communications Inc. | | | | | | | | | |
| 38. -JP Morgan Chase & Co. | | | | | | | | | |
| 39. -RS Emerging Mkts Fund | | | | | Sold | 01/11/13 | K | B | |
| 40. -Perkins Mid-Cap Fund | | | | | | | | | |
| 41. -(a) Blackrock Global Fund | | | | | | | | | |
| 42. -Dividend Cap Ind Trust II | | | | | | | | | |
| 43. -Kraft Foods Inc. | | | | | Sold | 07/03/13 | J | B | |
| 44. -National Oil Well Varco | | | | | Sold | 07/03/13 | J | A | |
| 45. -United Health Group | | | | | | | | | |
| 46. -Dupont E.I. Denemours | | | | | | | | | |
| 47. -Fideltiy Advisor Floating High Income Fund | | | | | | | | | |
| 48. -Goldman Sachs Grth Oppor | | | | | | | | | |
| 49. -Pimco Commodity Real Return Fund | | | | | | | | | |
| 50. -Morgan Stanley Bond | | | | | | | | | |
| 51. -Merck | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Templeton Global Bond Fund | | | | | | | | | |
| 53. -IShares IBOXX Investment Grade Corp Bd Fd | | | | | | | | | |
| 54. -Mondelez | | | | | Sold | 07/03/13 | J | B | |
| 55. -Harding Loevner Emerging Mkt Fund | | | | | Buy | 01/11/13 | K | | |
| 56. RIVERFRONT CAPITAL FUND (A) (See VIII) | F | Distribution | K | U | | | | | |
| 57. RIVERFRONT CAPITAL FUND (B) (See VIII) | F | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART II:  PARTIES AND TERMS re: Grove City College, cntd . . . (started part-time teaching on 01/21/02).

PART VII:  INVESTMENTS AND TRUSTS, cntd . . . (Limited Partnership with investments in CENTRIA) through Riverfront Capital Fund.  Two different investments - -  Both (A) and (B) are stand-alone investments.  I have no mangagement responsibilities therein - - solely passive investment.

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 04/07/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur J. Schwab**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544